## INDEX OF EXHIBITS

| Exhibit Letter | Exhibit Description |
|---|---|
| A | 09/26/2024 Email to OPC John Boufford |
| B | 09/26/2024 Email to OPC Dora Brantley<br>09/30/2024 Email from OPC Dora Brantley |
| C | Plaintiff's First Set of Interrogatories to Defendant County of Wayne |
| D | Plaintiff's First Set of Interrogatories to Defendant Brian Rinehart |
| E | Plaintiff's First Set of Interrogatories to Defendant Dennis Doherty |
| F | Plaintiff's First Set of Interrogatories to Defendant James DiGuiseppe |
| G | Plaintiff's Second Request for Production of Documents to Defendant Wayne County |
| H | Plaintiff's Second Request for Production of Documents to Defendant Brian Rinehart |
| I | Plaintiff's Second Request for Production of Documents to Defendant Dennis Doherty |
| J | Plaintiff's Second Request for Production of Documents to Defendant James DiGuiseppe |
| K | 06/20/2024 Email from OPC John Boufford |
| L | *Carfagno v. Jackson Nat'l Life Ins Co* |