# EXHIBIT A

 Outlook

## Wroblewski Overdue Discovery

**From** Shawn Cabot <shawn.cabot@cjtrainor.com>
**Date** Thu 9/26/2024 12:45 PM
**To** John Boufford <Jboufford@waynecounty.com>
**Cc** Courtney Frederick <courtneyfrederick@cjtrainor.com>

Mr. Boufford:

As of today, your clients' discovery is way overdue. If I do not have complete and signed answers within a week I will have no other option than to file a Motion which I would rather not have to do.

Thank you for your time and attention to this matter.

Shawn C. Cabot