# EXHIBIT B

 Outlook

### Re: Wroblewski Discovery

**From** Brantley, Dora <dbrantley@fosterswift.com>
**Date** Mon 9/30/2024 9:50 PM
**To** Shawn Cabot <shawn.cabot@cjtrainor.com>
**Cc** Courtney Frederick <courtneyfrederick@cjtrainor.com>

Shawn- Let me look into this. The discovery responses were handled by Brandon Waddell, who is no longer with FS. Brandon told me that everything had been answered.

Thank you for your patience.

Dora

Dora A. Brantley
Foster Swift Collins & Smith, PC

**From:** Shawn Cabot <shawn.cabot@cjtrainor.com>
**Sent:** Thursday, September 26, 2024 12:53:06 PM
**To:** Brantley, Dora <dbrantley@fosterswift.com>
**Cc:** Courtney Frederick <courtneyfrederick@cjtrainor.com>
**Subject:** Wroblewski Discovery

[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Ms. Brantley:

As of this wriing, Mr. DiGuiseppe's interrogatories answers and answers to the 2nd Requests for production of Documents are way overdue.

If dont not have complete and signed answers within 7 days, I will be forced to file a Motion to Compel which I would rather not have to do.

Thank you for your attention to this matter.

Shawn C. Cabot

DISCLAIMER/CONFIDENTIALITY: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. Any document attached is a legal document and should not be changed or altered without the knowledge and approval of legal counsel. The sender takes no responsibility for any alterations, additions, revisions or deletions to any such document. Due to software and printer variations, documents printed at the recipient's location may vary from the original printed document.