# EXHIBIT F

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

KIMBERLY WROBLEWSKI,

     Plaintiff,

v.                      CASE NUMBER: 24-cv-10011
                            HON: MARK A. GOLDSMITH

CITY OF DETROIT, COUNTY OF WAYNE,
JAMES DIGUISEPPE, NICHOLAS GIAQUINTO,
BRIAN RINEHART, and DENNIS DOHERTY,
in their individual and official capacities,

     Defendants.

                                        /

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES | CITY OF DETROIT LAW DEPARTMENT |
| CHRISTOPHER J. TRAINOR (P42449) | BEN PATTERSON (P85118) |
| SHAWN C. CABOT (P64021) | Attorneys for Def City of Detroit |
| KRYSTINA R. DOSS (P77365) | 2 Woodward Avenue, Suite 500 |
| Attorneys for Plaintiff | Detroit, MI 48226 |
| 9750 Highland Road | (313) 237-5082 / (313) 224-5505 -fax |
| White Lake, MI 48386 | Ben.Patterson@detroitmi.gov |
| (248) 886-8650 | |
| shawn.cabot@cjtrainor.com | |
| krystina.doss@cjtrainor.com | |
| | |
| WAYNE COUNTY CORPORATION COUNSEL | FOSTER, SWIFT, COLLINS & SMITH, PC |
| JOHN C. BOUFFORD (P55313) | DORA A. BRANTLEY (P49088) |
| Attorneys for Defs. County of | BRANDON WADDELL (P81494) |
| Wayne, Rinehart, and Doherty | Attys. for Defs. Giaquinto & DiGuiseppe |
| 500 Griswold Street, 30th Floor | 28411 Northwestern Highway |
| Detroit, Michigan 48226 | Suite 500 |
| 313-224-0572 | (248) 539-9900 |
| jboufford@waynecounty.com | dbrantley@fosterswift.com |
| | bwaddell@fosterswift.com |

                                        /

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT JAMES DIGUISEPPE

**PLEASE TAKE NOTICE** that the following Interrogatories are directed to Defendants under the provisions of Federal Rules of Civil Procedure and the various subdivisions thereof, and you are required to answer said Interrogatories with all the information as is available to you. The information to you shall include all information relevant to Federal Rules of Civil Procedure, which is in the possession or knowledge of your agents, employees, attorneys, investigators, or the agents of the same.

You are required to file answers to these Interrogatories under oath within Thirty (30) days after service of them upon you. A copy of your answers is to be served upon counsel for the Plaintiff, which said answers should be signed by you under oath.

## INTERROGATORY INSTRUCTIONS

1.  "Document" means any handwritten, typewritten, recorded, or graphic matter however produced or reproduced, whether or not in the possession, custody, or control of the defendants, and whether or not claimed to be privileged against discovery or any ground, including but not limited to: all contracts, reports, books, records, lists, memoranda, correspondence, telegrams, telexes, appointment calendars, diaries, schedules, films, videos, photographs, sound recordings, signed or unsigned documents, any and all prison/jail records, as well

2

as sent or unsent drafts of documents. "Document" shall also mean and include the original and every copy regardless of origin or location.

2.  "Identify" when used in reference to an individual means to state that person's full name, present address, present or last known position and business affiliation.

3.  When used in reference to persons or members of a class, the term, "identify" means to identify each individual member or members of such class.

4.  "Identify", "identification", or "describe" when used in reference to documents means to state the following as to each such document: (a) the title, if any, and the nature and contents thereof; (b) the date; (c) the date the document was executed if different from the date it bears; (d) the name, address, and position of the addressee, if any; (e) the present location and the name, present address, and position of the person having present custody; and (g) whether the document has been destroyed, and if so, with regard to such destruction, the date, the reason, and the identity of the person or persons who destroyed the document.

5.  The above information shall be given in sufficient detail to enable a party or person to whom a subpoena or Request for Production is directed to fully identify the documents sought to be produced and to enable counsel for the Plaintiff to determine that such document, when produced, is, in fact, the document so described.

3

6.     When used in these Interrogatories, the terms "you" and "your(s)" includes the Defendant as well as the Defendant's agents, servants, employees, partners, representatives, experts and consultants, and unless privileged, the attorneys.

7.     "Date" means the exact date, month and year, if ascertainable, if not, your best approximation, which may include relationships to other events.

8.     If any information is withheld under a claim of privilege or other exclusion from discovery, state the nature of the information or document withheld, the privilege or other exclusion that is claimed, and the facts upon which the claim of privilege or exclusion is based.

9.     The singulars shall be deemed to include the plural and vice-versa and the words "and" and "or" shall be construed either conjunctively or disjunctively, in the manner which affords the broadest scope to the Interrogatories.

10.    Do not respond to any Interrogatory merely by stating, "see attached." Specifically identify the particular documents that are responsive to each Interrogatory.

11.    For the convenience of the Court and the parties, please restate each Interrogatory to your written response prior to your written identification of the produced documents.

12.    The word, "person" means any natural person, firm or corporation, partnership, joint venture, or any other form of business entity.

4

## INTERROGATORIES

1.    As a result of your involvement in the incidents complained of, were you disciplined or do you otherwise believe that you sustained any sort of negative employment action?  If your answer is in the affirmative, please provide an explanation for your belief.

**ANSWER:**

2.    Please explain how you first learned that the joint bank account at Bank of America had been closed.

**ANSWER:**

3.    Did you have a relationship with Defendant Giaquinto outside of work?  If your answer is in the affirmative, please explain the nature of the relationship, the length of the relationship, and how often you would get together outside of work.

**ANSWER:**

4.    Please explain how it was that Dennis Doherty and Scott Teter became involved in the matter that is the subject of this litigation.

**ANSWER:**

5.    Please state step-by-step, every action that you undertook with respect to the investigation, arrest, and prosecution of Plaintiff; giving dates, times, places, and names.

**ANSWER:**

6. How many times did you go to the Westland Police Department regarding Plaintiff? In answering this question, please also provide the following information:

    a. The dates and times you went there;

    b. The names and contact information of anyone who went there with you; and

    c. Who you spoke with at the Westland Police Department and what was discussed.

**ANSWER:**

7. If you have been contacted by any individuals or entities conducting any sort of investigation into anything regarding the investigation, arrest, and/or prosecution of Plaintiff, please state the names and contact information of the individuals or entities who contacted you, when they contacted you, whether the investigation is completed or ongoing, and the result of the investigations.

**ANSWER:**

8. Regarding the incidents complained of, have you ever given a Garrity statement? If so, please state when same was provided, and who was present during same.

**ANSWER:**

9. Please state your understanding of how it was that Defendant Rinehart became involved in this matter.

6

**ANSWER:**

10.   How did you become aware that Plaintiff was arrested?

**ANSWER:**

11.   Please provide the names and contact information of every single individual and/or entity with whom you had any sort of communication with (written, oral, etc.) with respect to the investigation, arrest, and/or prosecution of Plaintiff; and provide the dates of such communication and what was discussed.

**ANSWER:**

12.   Are you still employed with the City of Detroit Police Department?  If your answer is "no," please explain why you are no longer there and state whether the incidents involving Plaintiff had any role in your no longer being employed with the Detroit Police Department.

**ANSWER:**

13.   Regarding Exhibit 1 which is attached, please provide the following information:

    (a)   The full and complete name of Leslie;

    (b)   Leslie's phone number to which the text was sent;

    (c)   The name of the person who sent the text;

    (d)   The date and times the texts were sent;

    (e)   The phone number from which the text was sent; and

7

    (f)    The cell phone provider and name of the subscriber for the account from which the text was sent.

**ANSWER:**

14.    Regarding Exhibit 2 which is attached, please provide the following information:

    (a)    The full and complete name to whom the text was sent;

    (b)    The phone number to which the text was sent;

    (c)    The name of the person who sent the text;

    (d)    The date and times the text was sent;

    (e)    The phone number from which the text was sent; and

    (f)    The cell phone provider and name of the subscriber for the account from which the text was sent.

**ANSWER:**

8

**These Interrogatories are deemed continuing up to and through the time of trial.**

_____

Names, titles, and signatures of persons
answering these Interrogatories.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

_____
CHRISTOPHER J. TRAINOR (P42449)
SHAWN C. CABOT (P64021)
KRYSTINA R. DOSS (P77365)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
shawn.cabot@cjtrainor.com

Dated: May 24, 2024
SCC

## PROOF OF SERVICE

The undersigned certified that on the ‾2‾4‾ day of May, 2024, a copy of the foregoing document was served upon the attorney (s) of record by e-mailing a copy of same to said attorney (s) at their stated business e-mail address. I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

_____
_Courtney Frederick_

9



< Leslie



Jimmy

Ohhhh... Lol. I had Kim arrested on Friday. The judge and prosecutor FINALLY came through with charges (Felony embezzlement and Felony larceny) on Thursday. Last I heard, she's still at the Wayne County jail.

3:58

Jimmy

Hi lady!!! Hope you are all well and safe? I'm just hoping you guys aren't mad at me??

Why would I be mad at you???

Exhibit 1



Jimmy

taking all my lawn
equipment and also
trying to get a PPO on
me, which would've
ended my career that
day. She's CRAZY and
out of control!!! Then
keeps going on social
media and out loud
boasting about taking
my money and there's
nothing I can do???
Anyway, when word
gets back, I did what I
had to do.



Exhibit 2