# EXHIBIT K

 Outlook

## Wroblewski v. Wayne County

From John Boufford <Jboufford@waynecountymi.gov>
Date Thu 6/20/2024 4:15 PM
To   Shawn Cabot <shawn.cabot@cjtrainor.com>

Shawn:

I would kindly ask for an extension of 30 days for answers to your second set of discovery requests.

Thank you,

John

**John C. Boufford**
**Assistant Corporation Counsel**
**Wayne County Corporation Counsel**
**500 Griswold, 30th Floor**
**Detroit, MI 48226**
**313-224-0572**

Confidential: This electronic message and all contents contain information from the County of Wayne, Michigan, which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.