UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

KIMBERLY WROBLEWSKI,

    Plaintiff,

v.

CITY OF DETROIT et al.,

    Defendants.
_____/

Case No. 24-cv-10011

HON. MARK A. GOLDSMITH

## ORDER FOLLOWING APRIL 29, 2025 MOTION HEARING

As stated on the record at the April 29, 2025 motion hearing on Defendants James Diguiseppe and Nicholas Giaquinto's motion to declassify deposition testimony of Deanna Wilson and Kenneth Butler (Dkt. 81), the Court orders the Defendant City of Detroit to do the following:

- Order a copy of the transcript from the January 8, 2025 motion hearing by April 30, 2025.

- Furnish a paper copy of the depositions at issue to the Court and all opposing counsel by May 2, 2025, highlighting the particular questions and answers that the City of Detroit believes raise confidentially concerns.

SO ORDERED.

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Dated:  April 29, 2025
        Detroit, Michigan